IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 APR -3  AM 10: 09

KIMBERLY KING, INDIVIDUALLY §
AND ON BEHALF OF ALL OTHERS §
SIMILARLY SITUATED; AND §
DAKNESIA BEARD, INDIVIDUALLY §
AND ON BEHALF OF ALL OTHERS §
SIMILARLY SITUATED, §
        PLAINTIFFS, §
         §
V. §   CAUSE NO. 1:18-CV-492-LY
         §
FINANCIAL CREDIT SERVICES, INC. §
D/B/A ARA, INC. D/B/A ASSET §
RECOVERY ASSOCIATES; BRUCE §
COHEN; MARIO BIANCHI; SURETEC §
INSURANCE COMPANY, §
        DEFENDANTS. §

## FINAL JUDGMENT

Before the court is the above-styled cause of action, which was filed on June 8, 2018. The record reflects no action in the case since June 8, 2018. On February 13, 2019, this court rendered an order requiring Plaintiffs to show cause in writing why this case should not be dismissed for want of prosecution on or before March 1, 2019 (Dkt. No. 5). To date, Plaintiffs have not responded to the court's order. Accordingly,

**IT IS ORDERED** that the claims of Plaintiffs Kimberly King, Individually and on Behalf of all Others Similarly Situated and Daknesia Beard, Individually and on Behalf of all Others Similarly Situated against Defendants Financial Credit Services, Inc. D/B/A ARA, Inc. D/B/A Asset Recovery Associates, Bruce Cohen, Mario Bianchi, and Suretec Insurance Company are **DISMISSED** without prejudice to refiling for want of prosecution.

As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this \_\_\_3rd\_\_\_ day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE